JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
Stephen R. Hanson II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Monica Sandu and Milan Blagojevic<br><br>Plaintiffs,<br><br>v.<br><br>Clyde A. Moore, in his official capacity as Field Office Director of the Las Vegas Application Support Center of United States Citizenship and Immigration Services; United States Citizenship and Immigration Services,<br><br>Defendants. | Case No. 2:22-cv-01901-RFB-EJY<br><br>**Stipulation to Extend the United States' Deadline to Answer (First Request)** |

Plaintiffs Monica Sandu and Milan Blagojevic and the United States of America, on behalf of Federal Defendants Clyde A. Moore, in his official capacity as Field Office Director of the Las Vegas Application Support Center of United States Citizenship and Immigration Services and United States Citizenship and Immigration Services, hereby stipulate and agree as follows:

1.    Plaintiffs filed their Complaint on November 10, 2022.

2.    Plaintiffs served the United States with a copy of the Summons and Complaint via Certified Mail on November 14, 2022.

3.     The current deadline for Federal Defendants to answer or otherwise respond is January 13, 2023.

4.     The parties have agreed that the United States shall have 180 additional days to file an answer or other responsive pleading on behalf of Federal Defendants. The parties request this additional time to allow them to engage in discussions directed at resolving this matter. The parties have begun those discussions and hope they can resolve the matter without the need for additional cost or further court intervention.

5.     This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to July 12, 2023.

Dated: December 02, 2022.

JASON M. FRIERSON                         LAW OFFICE OF
United States Attorney                      ALEXANDER R. VAIL, L.L.C.

 /s/ Stephen R. Hanson II                    /s/ Alexander R. Vail
Stephen R. Hanson II                        Alexander R. Vail
Assistant United States Attorney             Attorney for Plaintiffs


IT IS SO ORDERED:


UNITED STATES MAGISTRATE JUDGE


DATED: December 2, 2022

2